```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JOSUE ROMERO,                                                      :
                                                                   :
                            Plaintiff,                             :
                                                                   :         20-cv-9226 (LJL)
        -v-                                                        :
                                                                   :             ORDER
JASPER HILL FARM, LLC,                                             :
                                                                   :
                            Defendant.                             :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2021

LEWIS J. LIMAN, United States District Judge:

Plaintiff has filed a declaration in support of default judgment and the Clerk's Certificate of Default, but has not filed the motion itself pursuant to Rule 3(E) of this Court's Individual Practices in Civil Cases. Rule 3(E) also requires certain information to be included in the attorney's declaration, which has not been provided in this case.

Plaintiff is directed to file the motion and an amended declaration within two (2) weeks of this Order.

SO ORDERED.

Dated: March 18, 2021
       New York, New York                         _____
                                                         LEWIS J. LIMAN
                                                    United States District Judge