```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/01/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
ROMERO, :
 :
 :
               Plaintiff, :
 : 20-cv-9226 (LJL)
    -v- :
 : ORDER
 :
JASPER HILL FARM, LLC, :
 :
               Defendant. :
 :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As stated in the Court's March 18, 2021 Order at Dkt. No. 14, Plaintiff has filed a declaration in support of default judgment and the Clerk's Certificate of Default, but has not filed the motion itself pursuant to Rule 3(E) of this Court's Individual Practices in Civil Cases. Rule 3(E) also requires certain information to be included in the attorney's declaration, which has not been provided in this case. The Order at Dkt. No. 14 directed Plaintiff to file the motion and an amended declaration within two weeks of that Order; no motion has been filed.

      Plaintiff is directed to file the motion and an amended declaration within two (2) weeks of this Order. Plaintiff is warned that if it does not file the motion and an amended declaration within the two weeks, this case will be dismissed for failure to prosecute.

Dated: October 1, 2021
       New York, New York

                                                            LEWIS J. LIMAN
                                                 United States District Judge